IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JED STEWART LINEBERRY                                                    PETITIONER

v.                    Civil No. 06-2061

STATE OF ARKANSAS                                                        RESPONDENT

### ORDER

Petitioner, a prisoner at FCI Seagoville, Seagoville, Texas, has submitted a petition for writ of habeas corpus under 28 U.S.C. § 2254 for filing in this district, together with a request for leave to proceed in forma pauperis. Since it appears he is unable to pay the costs for commencement of suit, the following order is entered this 17th day of May 2006:

IT IS HEREBY ORDERED that petitioner's motion for leave to proceed in forma pauperis is granted and the clerk is directed to file the petition *nunc pro tunc* as of May 15, 2006.

_____
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 17 2006

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

AO 72A
(Rev. 8/82)