IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JED STEWART LINEBERRY                                    PETITIONER

    V.                    Civil No. 06-2061

STATE OF ARKANSAS                                        RESPONDENT

## O R D E R

On this 12th day of June 2006, there comes on for consideration the report and recommendation (Doc. 5) filed in this case on May 22, 2006, by the Honorable Beverly Stites Jones, United States Magistrate for the Western District of Arkansas. No objections have been filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2254 petition is hereby dismissed with prejudice.

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge