IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JED STEWART LINEBERRY                             PETITIONER

    V.                      Civil No. 06-2061

STATE OF ARKANSAS                               RESPONDENT

## O R D E R

On this 14th day of June 2006, there comes on for consideration Petitioner's Motion for Reconsideration/Objection to Magistrate's Report and Recommendation (Doc. 7). On June 12, 2006, this Court adopted the report and recommendation (Doc. 5) filed in this case on May 22, 2006, by the Honorable Beverly Stites Jones, United States Magistrate for the Western District of Arkansas. Petitioner's Motion was filed on that date, and the Court has considered Petitioner's Motion and Objections.

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2254 petition is hereby dismissed with prejudice and Petitioner's Motion (Doc. 7) is DENIED.

IT IS SO ORDERED.

                                       /s/ Robert T. Dawson
                                       Honorable Robert T. Dawson
                                       United States District Judge