IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JED STEWART LINEBERRY                                               PETITIONER

v.                              Civil No. 06-2061

STATE OF ARKANSAS                                                   RESPONDENT

## ORDER

Now on this 21st day of June 2006, comes on for consideration the petitioner's request for a certificate of appealability filed on June 20, 2006 (Doc. #10), in the above styled case.

The court finds, for the reasons set forth in the Statement of Reasons for Denial of Certificate of Appealability filed concurrently herewith, that the said motion should be and hereby is denied.

HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUN 2 1 2006
CHRIS R. JOHNSON, CLERK
BY          DEPUTY CLERK